

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 02-15-00329-CV

| | | |
|---|---|---|
| In the Interest of A.J., a minor child | § | From the 360th District Court |
| | § | of Tarrant County (360-583535-15) |
| | § | December 1, 2016 |
| | § | Opinion by Justice Dauphinot |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's order.  It is ordered that the order of the trial court is affirmed.

It is further ordered that appellant N. E. H. (Father) shall bear the costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By _/s/ Lee Ann Dauphinot_____
Justice Lee Ann Dauphinot